UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN MORENO PACHECO, et al.,
v.                                                                                    CASE NUMBER: 96-2616 (DRD)
PEDRO GERONIMO GOYCO, et al.

## ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Title |
|---|---|---|
| 33 | **GRANTED/MOOT** | Motion Requesting An Extension Of Time To Answer The Interrogatories |
| 34 | **DENIED** | Motion In Opposition To Motion Requesting An Extension Of Time To Answer The Interrogatories |
| 35 | **GRANTED** | Motion To Withdraw |
| 36 | **NOTED** | Notice Of Appearance |

IT IS SO ORDERED.

August 30, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PEACHORD ERS\96-2616 MTN

Rec'd:          EOD:

By:        #