UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN MORENO PACHECO, et al.,

v.

PEDRO GERONIMO GOYCO, et al.

CASE NUMBER: 96-2616 (DRD)

ORDER

The Court hereby rules as follows:

| Docket No. | Ruling | Title |
| --- | --- | --- |
| 37 | **GRANTED/MOOT** | Motion Requesting An Extension To Comply With Federal Rule Of Civil Procedure 26 |
| 39 | **GRANTED** | Motion To Withdraw |
| 40 | **GRANTED/MOOT** | Motion Requesting A Final Extension Of Time To Comply With Rule 26 Of The Federal Rules Of Civil Procedure |
| 41 | **NOTED** | Motion Informing Compliance With Rule 26 Of The Federal Rules Of Civil Procedure Regarding Expert Witness Rafael E. Rivera, CPA, CVA |
| 42 | **GRANTED** | Motion Requesting Additional Time To Comply With Federal Rule Of Civil Procedure 26 |

**Regarding Docket No. 42.** Although the Plaintiffs have continued to keep the Court informed of their efforts to procure an expert witness (psychiatrist), the case must proceed. The Plaintiffs are hereby **GRANTED** their final extension on this matter. Plaintiffs shall identify the necessary expert (psychiatrist) **BY DECEMBER 1, 1999 AND FULLY** comply with Fed.R.Civ.P. 26 **BY DECEMBER 23, 1999.**

Plaintiffs are forewarned that failure to FULLY comply by the above deadlines SHALL result in the expert being stricken. Absolutely **NO** extensions shall be granted.
IT IS SO ORDERED.

Dated: **November 2, 1999**

P:\PEACHORD ERS\96-2616A MTN

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:           EOD:

By: # 43