UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**              DATE: February 17, 2000

**CIVIL NO. 96-2616 (DRD)**

===========================================================================

| | |
|---|---|
| **BENJAMIN MORENO PACHECO, et al.,** | Attorneys: Peter John **PORRATA** |
| Plaintiffs, | Maritere **PERÉZ PASCUAL** |
| v. | |
| **WILLIAM HENDERSON, et al.,** | Francisco **OJEDA DIEZ** |
| Defendants. | |

===========================================================================

A PRE-TRIAL CONFERENCE was held and counsel provided the Court with the status of this case. The parties have not reached settlement. The parties shall file a joint submittal containing: (1) An agreed upon standard jury instructions and substantive instructions relating to the causes of action and defenses as to which there is agreement and no agreement and (2) voir dire questions. Further, the parties shall interchange and agree upon a short introductory paragraph to be read by the judge to the voir dire panel explaining the nature of the case from the Plaintiffs' prospective as well as from the Defendants' prospective.

Therefore the Court sets the following dates:

| | |
|---|---|
| Jury instructions and special voir dire questions | March 17, 2000 at 8:30 a.m. |
| Jury selection | March 17, 2000 at 9:00 a.m. |
| Short impact statement of the parties | March 20, 2000 at 8:30 p.m. |
| Trial commences | March 20, 2000 at 9:00 a.m. |

The parties are strongly encouraged to attempt to reach settlement in this case. A Settlement Conference is set for **March 13, 2000 at 5:00 p.m.**

P:\MINUTES\96-2616A.MEM
s/c: Counsel of record

*[signature]*
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE