UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                           DATE: March 13, 2000

**CIVIL NO. 96-2616 (DRD)**

COURTROOM DEPUTY:  Janet **GONZALEZ**

==================================================================
BENJAMIN MORENO PACHECO, et.al.        <u>Attorneys:</u> Maritere PEREZ-
                                                         PASCUAL
    Plaintiffs

    v.

WILLIAM HENDERSON, et al.              Francisco OJEDA-DIEZ

    Defendants
==================================================================

    SETTLEMENT CONFERENCE is held.  Parties inform they have settled the case for a certain amount and request a couple of days to file settlement documents.  The Court grants the parties until this Friday, March 17, 2000 to file settlement papers.

    Jury Selection and trial settings for March 17 and 20, 2000 are vacated and set aside.

                                        _____
                                        COURTROOM DEPUTY

s/c: Counsel of record
     Jury Clerk