# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**BENJAMIN MORENO PACHECO, et al.,**

v.

**PEDRO GERONIMO GOYCO, et al.**

**CASE NUMBER: 96-2616 (DRD)**

---

## ORDER

First, the parties filed a Motion Submitting Sealed Settlement Agreement (Docket No. 56), requesting the Court to seal an accompanying settlement agreement. That request is **GRANTED** and therefore, the Sealed Settlement Agreement (Docket No. 57) is hereby **SEALED**.

Second, the parties filed a Sealed Settlement Agreement (Docket No. 57), requesting the Court to dismiss this case with prejudice, to enter a final unappealable judgment, and without imposition of costs and attorney's fees. Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(ii) and the parties' motion, the Court **DISMISSES** this case **WITH PREJUDICE** as unappealable and without imposition of costs and attorney's fees. Judgment shall be entered accordingly.

IT IS SO ORDERED.

**Date: March 20, 2000**

P:\PEACHORD ERS\96-2616 DIS

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

RECEIVED AND FILED
00 MAR 21 AM 9:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| Rec'd: | EOD: |
|---|---|
| By: | # 58 |

3