UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN MORENO PACHECO, et al.,
    v.
PEDRO GERONIMO GOYCO, et al.

CASE NUMBER: 96-2616 (DRD)

## JUDGMENT

In accordance with the Court's Order of this same date, the Court hereby **DISMISSES** this case **WITH PREJUDICE** as unappealable and without imposition of costs and attorney's fees.
IT IS SO ADJUDGED AND DECREED.

Date: March 20, 2000

P:\PEACHORD.ERS\96-2616 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 MAR 21 AM 9:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:     EOD:

By: _____  # 59